FILED
CLERK, U.S. DISTRICT COURT

11/16/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CD___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ARMANDO GOMEZ,<br><br>　　　　Defendant. | CR No. 2:23-cr-00565-WLH<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

　　The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

　　On or about August 18, 2021, in Los Angeles County, within the Central District of California, defendant ARMANDO GOMEZ knowingly possessed the following firearm and ammunition, in and affecting interstate and foreign commerce:

　　1.　a Magnum Research, model MR9 Eagle, 9mm caliber pistol, bearing serial number MN006489; and

　　2.　approximately 15 rounds of Cascade Cartridges Inc. 9mm Luger caliber ammunition.

Defendant GOMEZ possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Gun Possession By a Past Juvenile Offender, in violation of California Penal Code Section 29820(b), in the Superior Court for the State of California, County of Los Angeles, Case Number VA135985, on or about July 21, 2014;

2. Felon in Possession of a Firearm or Ammunition, in violation of California Penal Code Section 29800(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number BA451939, on or about March 1, 2017;

3. Felon in Possession of a Firearm or Ammunition, in violation of California Penal Code Section 29800(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number BA463304, on or about March 27, 2018;

4. Possession of a Controlled Substance with a Firearm, in violation of California Health and Safety Code Section 11370.1(a), in the Superior Court for the State of California, County of Orange, Case Number 20NF2663, on or about January 13, 2021;

5. Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), in the Superior Court for the State of California, County of Orange, Case Number 20NF2663, on or about January 13, 2021;

6. Convicted Felon Having a Concealed Firearm in a Vehicle, in violation of California Penal Code Sections 25400(a)(1), (c)(1), in the Superior Court for the State of California, County of Orange, Case Number 20NF2663, on or about January 13, 2021;

7.     Carrying a Loaded Unregistered Firearm in Public, in violation of California Penal Code Sections 25850(a), (c)(6), in the Superior Court for the State of California, County of Orange, Case Number 20NF2663, on or about January 13, 2021;

8.     Possession of Ammunition by a Prohibited Person, in violation of California Penal Code Section 30305(a)(1), in the Superior Court for the State of California, County of Orange, Case Number 20NF2663, on or about January 13, 2021; and

9.     Evading a Peace Officer While Driving Recklessly, in violation of California Vehicle Code Section 2800.2, in the Superior Court for the State of California, County of Orange, Case Number 20NF2663, on or about January 13, 2021.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction of the offense set forth in this Indictment.

2. Defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the convicted defendant shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been

//
//

placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                              A TRUE BILL

                                              /S/
                                            Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes Section

ELIA HERRERA
Assistant United States Attorney
International Narcotics, Money Laundering, and Racketeering Section